DATE: 1/5/2015        AT: 3:34 p.m.        TIME IN COURT: 3 min.

BEFORE: JUDGE JOSEPH F. BIANCO, U.S.D.J.:

      CIVIL CAUSE FOR TELEPHONE PRE-MOTION CONFERENCE

DOCKET NUMBER: CV 14-6097

TITLE: Brookhaven Town Conservative Committee v. Walsh

FTR: 3:24-3:27        COURTROOM DEPUTY: Michele Savona

| | |
|---|---|
| X | CASE CALLED. |
| X | COUNSEL FOR ALL SIDES PRESENT. |
| | COUNSEL FOR _____ NOT PRESENT. |
| X | CONFERENCE HELD. |
| | NEXT (TELEPHONE) STATUS CONFERENCE SET FOR _____ |
| X | MOTION TO BE FILED BY 2/20/2015 ; RESPONSE BY 4/6/2015 ; REPLY BY 4/20/2015 . |
| X | ORAL ARGUMENT SET FOR 5/19/2015 at 4:30 p.m. |
| | JURY SELECTION SET FOR |
| | JURY TRIAL SET FOR |
| | OTHER: |